# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0907. JOANN TARVER v. THE STATE.

Joann Tarver was convicted of driving under the influence and speeding. She filed a timely motion for new trial, which the trial court denied on October 25, 2022. On December 1, 2022, Tarver filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State,* 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Because Tarver's notice of appeal was filed 37 days after entry of the trial court's order denying her motion for new trial, it is untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/09/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.